## CHRISTIAN *v.* TUCKER.

EVIDENCE — *not pertinent to the issue.* If evidence not pertinent to the issue is given to the jury, the court may upon motion withdraw it.

INSTRUCTIONS — *not applicable to the evidence.* Instructions, which cannot be applied to the evidence, should not be given to the jury.

*Appeal from District Court, Arapahoe County.*

AT the trial Thomas Maxwell testified that the plaintiff worked for defendant, at $45 per month, from November 10, 1865, to January 8, 1866.

William Thompson testified to the same facts, where-upon plaintiff rested. The defendant then called John Wanless, who testified as follows: "I know the defendant Christian; his wagon-master was arrested about the time testified to by the other witnesses; Tucker, the plaintiff, was arrested in December; he was arrested on the report of the wagon-master of Christian; wagon-master said two men in the train had started the report about the Indians; wagon-master told me who they were, but I do not think he told their names; he admitted he knew the report about Indians was false; I do not know who started the report."

The defendant asked said witness: "Do you know any thing further with regard to Tucker's connection with this report that caused the arrest?" The plaintiff objected to this question; the court sustained the objection; to which ruling of the court the defendant excepted.

VOL. I. — 7

Plaintiff moved to strike out the evidence of Wanless, which motion was sustained. The defendant asked the court to give to the jury the following instructions:

"1st. If the jury believe from all the evidence that the plaintiff in this case, while in the employment of Christian, conducted himself in such an improper manner in the discharge of his duties that Christian sustained damages on account thereof, these damages are a valid and good set-off against the demand of Tucker. 2d. A greater degree of caution and prudence was necessary on the part of Tucker in the discharge of his duties in such times and places as appear in the evidence in this case, than in ordinary times and places." And the instructions were not given.

Messrs. MILLER & MARKHAM, for appellant.

Mr. G. W. PURKINS, for appellee.

HALLETT, C. J. The appellee sued the appellant before a justice of the peace, to recover the value of services by him rendered in driving a team for the appellant, and obtained a judgment for $87. The appellant appealed to the district court, in which another trial was had, resulting in a judgment in favor of the appellee for the same sum. We have reviewed the proceedings of the district court in this cause, and we find no error therein.

The evidence of Wanless was not pertinent to the issue, and the court very properly withdrew it from the consideration of the jury. The question proposed to Wanless assumed the existence of a fact not shown by the testimony previously introduced, and, if this were not so, we fail to discover any connection between the subject-matter of the inquiry and the issue, which was being tried. The instructions asked by the appellant could not have been applied to the evidence given to the jury, and the court rightly rejected them.

The judgment of the district court is affirmed, with costs.

*Affirmed.*